# IN THE UNITED STATE DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# Bluefield Division

| | | |
|---|---|---|
| TYLER DWAYNE NEW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:24-cv-212 |
| | ) | |
| METROPOLITAN LIFE INSURANCE | ) | |
| COMPANY; CLEVELAND-CLIFFS | ) | |
| PRINCETON COAL, INC.; TWIN STATE | ) | |
| MINING, INC.; and XMV, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

For good cause shown, the Court **GRANTS** the Parties' Joint Motion To Suspend Existing Scheduling Order. The Court withdraws the August 2, 2024 Order (ECF No. 15) and denies as moot the Parties' September 9, 2024 Joint Motion To Extend Scheduling Order (ECF No. 16).

_____
David A. Faber
Senior United States District Judge