# IN THE UNITED STATE DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### Bluefield Division

| | |
|---|---|
| TYLER DWAYNE NEW, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>METROPOLITAN LIFE INSURANCE )<br>COMPANY; CLEVELAND-CLIFFS )<br>PRINCETON COAL, INC.; TWIN STATE )<br>MINING, INC.; and XMV, INC., )<br>)<br>   Defendants. ) | Civil Action No. 1:24-cv-212 |

## ORDER

For good cause shown, the Court **GRANTS** the Parties' Joint Motion To Suspend Existing Scheduling Order. The Court withdraws the August 2, 2024 Order (ECF No. 15) and denies as moot the Parties' September 9, 2024 Joint Motion To Extend Scheduling Order (ECF No. 16).

David A. Faber
Senior United States District Judge

ENTERED  October 9, 2024