IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

TYLER DWAYNE NEW,

    Plaintiff,

v.                              CIVIL ACTION NO. 1:24-00212

METROPOLITAN LIFE INSURANCE
COMPANY, et al.,

    Defendants.

## ORDER

The court hereby ORDERS the scheduling order amended as follows:

1. The plaintiff may file a motion for extra-record discovery on or before January 10, 2025.

3. Cross Motions for summary judgment are due on or before February 11, 2025, with responses and replies due thereafter in accordance with the Local Rules.

The Clerk is directed to send a copy of this Order to counsel of record.

IT IS SO ORDERED this 11th day of December, 2024.

                ENTER:

                *David A. Faber*
                David A. Faber
                Senior United States District Judge